## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAKIA BERRY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>SUN LIFE ASSURANCE COMPANY OF )<br>CANADA, )<br>)<br>Defendant. ) | Civil Action No. 20-1636<br>Judge Cathy Bissoon |

## **ORDER**

All counsel of record in this case must read the attached article on mediation prior to the initial Case Management Conference, and share the same with their client(s). The attached article is being disseminated with permission of the author and The Pennsylvania Lawyer.

February 17, 2021

s/ Cathy Bissoon
Cathy Bissoon
United States District Judge

Attachment

cc (via ECF email notification):

All Counsel of Record